COPY

Eric H. Holder
United States Attorney's Office
Central District of California
312 North Spring Street
Suite 1200

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MONGOLS NATION MOTORCYCLE CLUB, LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV13-04374-DDP(VBKx) |
| ERIC H. HOLDER, Attorney General of the United States | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Bob Bernstein__, whose address is __3727 W. Magnolia Blvd., # 767, Burbank, CA 91505__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUN 1 8 2013

By: MARILYN DAVIS
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                  SUMMONS