## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-04374-ODW(VBKx) | Date | October 21, 2013 |
|---|---|---|---|
| Title | Mongols Nation Motorcyle Club LLC v. Eric H Holder | | |

JS - 6

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sheila English | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Bob Bernstein | Steven R Welk |

**Proceedings:**    MOTION to Dismiss Case [12]

Case called, appearances made.  The Court hears oral argument from counsel as stated on the record.

The MOTION to Dismiss Case[12] is **GRANTED**.

IT IS SO ORDERED.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | se | |